# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES REGAN, *individually and on behalf of all others similarly situated*, | )<br>)<br>) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 21-cv-3064 |
| BAJCO ILLINOIS LLC | ) Honorable Sue E. Myerscough |
| *Defendant*. | ) |

### Joint Stipulation of Voluntary Dismissal With Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Regan and Defendant Bajco Illinois LLC stipulate to the voluntarily dismissal of all claims in the above-captioned case, with prejudice. Each party shall bear its own attorneys' fees and costs arising out of this litigation.

Wherefore, Plaintiff respectfully requests that this matter be dismissed with prejudice, that all pending deadlines be stricken, and that this matter be closed.

Respectfully Submitted:

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar # 6288806
**Peiffer Wolf Carr Kane & Conway, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com

Counsel for the Plaintiff

By: */s/ Orly Henry (w/ consent)*
Orly Henry – IL Bar # 6306153
Kwabena A. Appenteng – IL Bar #6294834
**Littler Mendelson P.C.**
321 North Clark Street
Suite 1100

Chicago, IL 60654
Ph: 312-372-5520
E: ohenry@littler.com
E: kappenteng@littler.com

Patricia J. Martin – IL Bar #6288389
**LITTLER MENDELSON P.C.**
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Ph: 314-659-2000
E: pmartin@littler.com

COUNSEL FOR THE DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2021 I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF e-filing system, which will send notice and allow access to all counsel of record.

_/s/ Brandon M. Wise_
